# CURRICULUM VITAE

Daniel W. Berland, MD, FACP, FASAM
Emeritus Clinical Associate Professor of Medicine
Division of General Internal Medicine
Department of Internal Medicine
and Department of Anesthesiology
University of Michigan
3305 Taubman Center, SPC 5352
1500 E. Medical Center Drive
Ann Arbor, MI  48109
Office Tel: 734-615-6379
Email: danielbe@umich.edu

## Education and Post-Doctoral Training

| | |
|---|---|
| 9/1973-5/1977 | University of Michigan, Ann Arbor, MI;  B.S. with Honors (Zoology and Microbiology);  May, 1977 |
| 7/1977-6/1980 | Ohio State University College of Medicine, Columbus, OH;  M.D. June, 1980 |
| 7/1980-6/1981 | Henry Ford Hospital, University of Michigan Affil., Detroit, MI; Categorical Internal Medicine (Intern) |
| 7/1981-6/1983 | Henry Ford Hospital, University of Michigan Affil., Detroit, MI; Categorical Internal Medicine (Resident) |

## Certification and Licensure

| | |
|---|---|
| 1978-1980 | Diplomate, National Board of Medical Examiners – Parts I-III |
| 9/1983-present | American Board of Internal Medicine (#092734) |
| 8/1983-2008 | Physician and Surgeon, State of Illinois (#036-066835) |
| 8/2006-present | Physician, State of Michigan (#4301088824) |
| 6/2007 | Buprenorphine Training and Certification Course |
| 12/2008-present | American Board of Addiction Medicine (#626449) |

## Academic, Administrative and Clinical Appointments

Academic Appointments/Positions

| | |
|---|---|
| 8/1983-8/1984 | Staff Physician – Michael Reese Hospital and Health Plan, Chicago, IL |
| 9/1984-9/1985 | Instructor of Clinical Medicine, Department of Medicine, University of Chicago Pritzker School of Medicine, Chicago, IL |
| 9/1985-9/1993 | Assistant Professor of Clinical Medicine, Department of Medicine, University of Chicago Pritzker School of Medicine, Chicago, IL |
| 9/1993-6/1996 | Associate Professor of Clinical Medicine, Department of Medicine, University of Chicago Pritzker School of Medicine, Chicago, IL |
| 7/1997-12/2005 | Clinical Associate Professor of Medicine, Department of Medicine Rosalind Franklin School of Medicine and Science (formerly, The Chicago Medical School), North Chicago, IL |
| 3/2005-12/2005 | Visiting Associate Professor of Clinical Medicine, Department of Medicine, University of Illinois Medical School, Chicago, IL |
| 9/2006-8/2017 | Clinical Assistant Professor of Medicine, Division of General Internal Medicine, Department of Medicine, University of Michigan, Ann Arbor, MI |
| 3/2008-9/2017 | Clinical Assistant Professor of Medicine, Department of Anesthesiology, University of Michigan, Ann Arbor, MI |
| 9/2017-12/2020 | Clinical Associate Professor of Medicine, Depts. Of Medicine and Anesthesiology, University of Michigan, Ann Arbor |
| 1/2021-present | Emeritus Associate Professor of Medicine, Dept. of Medicine, UM |

Clinical and Administrative Appointments

| | |
|---|---|
| 9/1985-6/1988 | Director, University of Chicago General Internal Medicine Consultation Service |
| 9/1986-6/1993 | Director, University of Chicago Anticoagulation Clinic |
| 3/1990-6/1995 | Residency Program Director, University of Chicago B Programs in Categorical, Preliminary and Transitional Medicine at Weiss Hospital, Chicago, IL |

| | |
|---|---|
| 3/1990-6/1995 | Coordinator, Univ. of Chicago/Weiss Medicine Training Affiliation |
| 9/1995-5/1996 | Course Director, UC Physical Diagnosis course at Weiss Hospital Chicago, IL |
| 7/1996-10/2003 | Director of Inpatient Medicine Services, Mount Sinai Hospital, Chicago, IL |
| 7/1996-10/2003 | Associate Residency Program Director/Site Coordinator, Chicago Medical School Internal Medicine Residency Program |
| 4/1998-10/2003 | Director, Pain Consultation Service, Mount Sinai Hospital |
| 10/1999-10/2003 | Director, Anticoagulation Center, Mount Sinai Hospital |
| 11/2003-12/2005 | Director, Performance Improvement, Department of Medicine, Illinois Masonic Hospital, Chicago, IL |
| 1/2004-12/2005 | Director, Anticoagulation Clinic, Illinois Masonic Hospital |
| 9/2006-8/2017 | Clinical Assistant Professor of Medicine, University of Michigan |
| 9/2007-6/2015 | Orders Management Project (Computerized Physician Order Entry) Physician Executive |
| 3/2008-8/2017 | Clinical Assistant Professor, Anesthesiology Back and Pain Center, University of Michigan |

## Academic Interests

Pain and opioid therapy management; prescription drug addiction

Clinical pathways development, computerized physician order entry and improving practice quality

## Grants (current and past)

| | |
|---|---|
| 09/2020-08/2023 | *Reframing Optimal Management of Pain and Opioids in Older Adults.* AHRQ-DHHS-US- 20-PAF05277. (Principal Investigator: Daniel Berland) $2,049,983 |
| 01/2020-12/2021 | *Michigan Opioid Collaborative BCBSM.* 20-PAF01412. Co-I with Effort (Principal Investigator: Amy S B Bohnert) $1,499,176 |

| | |
|---|---|
| 09/2017-10/2020 | Past: *Community Interventions to Reform Prescribing and Prevent Opioid Abuse in Detroit and Wayne County.* US Dept. of Health and Human Services, Office of Minority Health. (Principal Investigator: Daniel Berland) $349,978 |
| 10/2019-04/2020 | Past: *The Michigan Opioid Collaborative: A Training and Support Program for Clinicians Treating Opioid Use Disorders.* SubK SAMHSA-DHHS-US through a consortium with MDHHS- 20 PAF03692. Co-I with Effort (Principal Investigator: Amy S B Bohnert) $196,307 |

## Honors and Awards

| | |
|---|---|
| 1977 | B.S. Honors in Zoology, University of Michigan, Ann Arbor, MI |
| 1977 | B.S. "With Distinction" in Microbiology, University of Michigan, Ann Arbor, MI |
| 1978 | College of Medicine Physiology Award, Ohio State University, Columbus, OH |
| 1997-present | Fellowship, American College of Physicians |
| 2008-2020 | Various Patient Safety and "You're Super" awards, UM |
| 2016-2020 | Fellowship, American Society of Addiction Medicine |

## Membership in Professional Societies

| | |
|---|---|
| 1987-present | Fellow, American College of Physicians (#00189973) |
| 2007-present | American Society of Addiction Medicine (#626449) |

## Editorial Positions and Peer-Review Service

Manuscript reviewer/Editor

| | |
|---|---|
| 2003 | *JAMA* |
| 2015-present | *Prescriber's Letter* and *Pharmacists' Letter* |

Peer Review

| | |
|---|---|
| 1989-1996 | Certified Reviewer for PRO, Crescent Counties Foundation for Medical Care, Chicago, IL |

## Teaching

| | |
|---|---|
| 9/1984-6/1996 | Attending, General Internal Medicine Inpatient Services, University of Chicago Hospital |
| 9/1984-6/1993 | Attending, General Internal Medicine Resident Clinics, University of Chicago Hospital |
| 7/1987-6/1993 | Attending, Junior Student Medicine 303, University of Chicago |
| 9/1984-5/1996 | Attending, Physical Diagnosis Course, University of Chicago |
| 4/1990-6/1996 | Attending, Morning Report, University of Chicago/Weiss Hospital |
| 4/1990-5/1996 | Attending, Medicine Inpatient Services, University of Chicago/Weiss |
| 4/1990-6/1996 | Lecturer, Various topics (including Consultation Medicine, Medical Informatics, Diabetes, Acid-Base analysis, Fluid and Electrolyte Management, Pain Management, Career Planning), University of Chicago Program B/ Weiss Hospital Lecture Series |
| 7/1992-6/1995 | Moderator, Journal Club, University of Chicago/Weiss Hospital |
| 7/1993-6/1996 | Attending, General Internal Medicine Resident Clinics, University of Chicago/Weiss Hospital |
| 6/1992-6/1996 | Pre-residency training course for University of Chicago Program B/ Weiss residents |
| 7/1996-10/2003 | Attending Physician, General Internal Medicine Inpatient Services, Chicago Medical School, Mount Sinai Hospital, Chicago, IL |
| 7/1996-6/2002 | Medicine Core Clerkship Course instructor, Chicago Medical School |
| 7/1996-10/2003 | Attending Physician, Resident Clinics at Mount Sinai Hospital |
| 9/1996-4/2003 | Attending, Physical Diagnosis Course, Chicago Medical School |
| 7/1996-10/2003 | Attending and Curriculum Coordinator, Intern Report, Chicago Medical School Residency Program |
| 1996-2003 | Lecturer, Various topics (including Consultation Medicine, Medical Informatics, Diabetes, Acid-Base analysis, Fluid and Electrolyte Management, Pain Management, Career Planning) Mount Sinai Hospital and Chicago Medical School |

| | |
|---|---|
| 1999-2002 | Guest Medicine Attending, Surgery Morning Report, Chicago Medical School Department of Surgery (monthly) |
| 11/2003-12/2005 | Attending, Internal Medicine Inpatient Services, Illinois Masonic Hospital, Chicago Medical School and University of Illinois Affiliate |
| 11/2003-12/2005 | Attending, Medicine Resident Clinics, Illinois Masonic Hospital |
| 11/2003-12/2005 | Attending, Resident Morning Report, Illinois Masonic Hospital |
| 11/2003-12/2005 | Faculty Coordinator, Morbidity & Mortality and Near Miss Conferences, Illinois Masonic Hospital |
| 11/2003-12/2005 | Lecturer Various topics (including Consultation Medicine, Medical Informatics, Diabetes, Acid-Base analysis, Fluid and Electrolyte Management, Pain Management, Career Planning), Noon Conferences for residents and students of both CMS and UIC at Illinois Masonic Hospital |
| 9/2006-12/2020 | Attending, Internal Medicine Inpatient Teaching Services, University of Michigan Hospital |
| 9/2006-12/2020 | Attending, Taubman Medicine Resident Clinic, UMich |
| 12/2006-2013 | Clinical Foundations of Medicine Course (M1 students), University of Michigan |
| 12/2006-2013 | Clinical Educator Program Sessions (M2 students), Univ. of Michigan |
| 12/2006-2011 | Feedback in Clinical Skills (M3 students), University of Michigan |
| 9/2007-12/2020 | Noon Conference Attending Presenter various topics (including Fluid/Electrolyte and IV Management, Acute and Chronic Pain Management, UM |
| 8/2008 | Acute Pain Management for the Hospitalist. Hospitalist Noon Conference, UM |
| 9/2008 | Managing Acute Pain in the Hospital. Intern Conference, UM |
| 12/2008 | Caring For the Drug Seeking Patient. Schwartz Rounds Panelist, UM |
| 12/2008 | Managing Chronic Pain in the Clinic. Family Medicine Conf., UM |
| 2/2009 | Acute Pain Management in the Hospital. Family Medicine Conf., UM |

| | |
|---|---|
| 2/2009 | Managing Chronic Pain in the Clinic. Medicine Resident Conference, UM |
| 2/2009 | Understanding the Ins and Outs of Buprenorphine. Hospitalist Noon Conference, UM |
| 3/2009 | Acute Pain Management on the Surgery Service. Surgery Resident Conference, UM |
| 9/2009-12/2020 | Resident Ambulatory Morning Report |
| 3/2010 | Opioid Management training session for UM PharmDs |
| 2011-2020 | Numerous student and resident rotators for Pain teaching from Medicine, Family Medicine, Spine Program, Psychiatry, Addiction |
| 8/2011 | David Cooke, MD faculty sabbatical 2-month training in pain and opioid management |
| 8/2012 | Third Year Student Clerkship Seminar: Principles of Pain Management, August |
| 2012 | Clinical faculty development workshops on managing controlled substance therapy at East Ann Arbor, Dexter and Brighton, Jun-Nov |
| 10/2013 | Anita Kirsch, MD faculty sabbatical 2-month training in pain and opioid management |
| 3/2014 | After hours buprenorphine training session for Drs. Soyster and McMaster from Canton. |
| On-going | UM Resident Morning Report, UM Medicine and Family Medicine Noon conference speaker on various topics; UM Pain fellow conferences, GMO Clinic supervisor |
| 10/2015 | Remedial UM Fam Med Faculty education and training |

## Committee, Organizational and Volunteer Service

<u>Institutional</u>

| | |
|---|---|
| 1989-1991 | Clinical Services Laboratory Committee, University of Chicago Hospitals |
| 1991-1993 | Medical Records Computerization Committee, UC Hospitals |
| 1990-1995 | Patient Care Evaluation Committee, UC/Weiss Hospital |

| | |
|---|---|
| 1990-1995 | Medical Staff Executive Committee, UC/Weiss Hospital |
| 1990-1995 | Chairman, Teaching and Evaluations Committee, UC/Weiss Hospital |
| 1990-1996 | Education Committee, UC/Weiss Hospital |
| 1995-1996 | Laboratory Information Systems Development Committee, UC/Weiss |
| 1990-1996 | Utilization Review Committee, UC/Weiss Hospital |
| 1997-2003 | Executive Committee, Chicago Medical School |
| 1997-1998 | Chairman, Chicago Medical School Residency Curriculum Committee |
| 1997-2003 | Information Systems Steering Committee, Sinai Health Systems |
| 2003-2005 | Education Committee, Department of Medicine, Mount Sinai Hospital |
| 2003-2005 | Coordination of Care Committee, Advocate Health Care System |
| 2003-2005 | Patient Safety Committee, Advocate Illinois Masonic Hospital |
| 2003-2005 | Performance Improvement Committee, Illinois Masonic Hospital |
| 2003-2005 | Physicians Informatics Advisory Committee, Illinois Masonic Hospital |
| 2004-2005 | Clinical Practice Council, Advocate Illinois Masonic Hospital |
| 2003-2005 | Chair, Performance Improvement Committee, Department of Medicine, Advocate Illinois Masonic Hospital |
| 2003-2005 | Illinois Masonic CareConnection CPOE Development Committee |
| 2003-05 | Adverse Drug Events Review Sub-Committee, Illinois Masonic Hospital |
| 2006-08 | Physician Executive, CareLink Orders Management Project (CPOE), Univ. of Michigan |
| 2007- present | Pain Team Board, University of Michigan Pain Service |
| 2007- present | Pain Management Committee, University of Michigan |
| 2007-2009 | Pain/Opioid Policy and Guideline Subcommittee, UM |
| 2008-13 | Medication Adverse Reactions Committee, UM |

| | |
|---|---|
| 2008-2010 | Clinical Documentation Committee, UM |
| 2009-2014 | Medication Safety Sub-Committee of Pharmacy and Therapeutics, UM |
| 2009- present | Pain QI Committee, UM (Committee Co-chair: 2009-2014), UM |

State and National

| | |
|---|---|
| 10/1999-11/1999 | Expert Panelist for Establishment of Standards for the Clinical Skills Assessment Examination, Educational Commission for Foreign Medical Graduates, Philadelphia, PA |
| 1997-2001 | Education Committee, Association of Program Directors in Internal Medicine |
| 7/2009 | FDA Opioid REMS Stakeholders Meeting, Washington, DC |
| 11/2011-6/2016 | Governor's Advisory Committee on Pain and Symptom Management, Lansing, MI |
| 1/2015- | Washtenaw Health Initiative Opioid Project |

Volunteer

| | |
|---|---|
| 1999-2006 | Lakewood Balmoral National Historic District Landmarking Committee |
| 2001-05 | American Youth Soccer League volunteer (field and office) |
| 2002-2004 | Volunteer physician, Community Free Clinic, Chicago, IL |
| 2004-2005 | Volunteer physician, Helping Hands Clinic, Chicago, IL |
| 2006-2019 | Burns Park Players Community Theater, Ann Arbor, MI |
| 2016-present | Voters Not Politicians – Proposition 2 (Independent Resdistricting Commission) and anti-voter suppression action. Roles: volunteer signature gathering, public educational presenter, canvasser, application workshop leader |
| 2017-2018 | Promote the Vote (2018 election) volunteer canvasser |

## Visiting Professorships, Seminars and Extramural Invited Presentations

State and Local

| | |
|---|---|
| 8/1986 | Case Discussant, Grand Rounds, Department of Medicine, University of Chicago |
| 10/1993 | Group Discussion Session Leader, American College of Physicians Illinois Associates Meeting, Chicago, IL |
| 10/1997 | "The Internet for Physicians and Other Health Care Workers" Department of Medicine Grand Rounds, Mount Sinai Hospital |
| 1997-2003 | Guest Lecturer: Management of Fluid and Electrolyte Imbalance; Assessment of Oxygenation;  Management of Oxygen Therapy Malcolm X College/Cook County Physician Assistant Program |
| 1998-2003 | Lecturer, Chronic pain management and other topics in Internal Medicine, Family Practice Residency Conferences, Mount Sinai Hospital, Chicago, IL |
| 7/1999 | "Update on Anticoagulation in Rehab Patients" Grand Rounds, Schwab Rehabilitation Hospital, Chicago, IL |
| 4/2002 | "Use of handheld computing devices in Medicine" Chicago Medical School Retreat |
| 10/2002 | "Changing a Hospital's Practice of Pain Management" Grand Rounds, Mercy Hospital, Chicago, IL |
| 7/2005 | "Modern Medical Practice – Are You Ready to be a Techno-Geek?" Pediatric Grand Rounds, Illinois Masonic Hospital, Chicago, IL |
| 3/2009 | Managing Chronic Pain in the Clinic Setting. Bone Marrow Transplant Service Special Conference, UM |
| 3/2009 | "Managing Chronic Pain in the Clinic – Practicing Universal Precautions."  Pain for the Non-Pain Specialist, Department of Anesthesiology Conference, UM |
| 4/2009 | Managing Chronic Pain in the Clinic – Practicing Universal Precautions. Rheumatology Faculty/Fellows Conference, UM |
| 9/2009 | Acute and Chronic Pain Management. UM Emergency Department Grand Rounds |
| 2/2010 | Managing Chronic Pain and Opioids. UM Physical Medicine and |

|         | Rehabilitation Grand Rounds |
|---------|-----------------------------|
| 10/2010 | "Managing Chronic Pain and Controlled Substances in the Office" Southeastern Michigan Update in Family Medicine. Ann Arbor, MI |
| 11/2010 | "Chronic Pain and Opioid Management – The UM Guideline" Department of Obstetrics and Gynecology Grand Rounds, UM |
| 12/2010 | "Managing Pain and Opioid Therapy in the Office – A Time For Change" Department of Medicine Grand Rounds, UM |
| 2/2011  | "Managing Pain and Opioid Therapy in the Office" University Health Service Continuing Medical Education Lecture Series, Ann Arbor, MI |
| 3/2011  | "Pain Management and Opioids – A Time For Change" Common Problems in Office Practice, CME Conference, Plymouth, MI |
| 9/2011  | "Rational Use of Controlled Medications" Workshop, American College of Physicians Michigan Chapter Annual Scientific Meeting, Grand Rapids, MI |
| 6/2012  | "Peri-operative Analgesic Management - The Limited Role For Opioids" Orthopedic Grand Rounds, UM |
| 6/2012  | "Anticipating and Managing Pain in the Era of Prescription Drug Abuse - the Appropriate Use of Analgesics" Transplant Surgery Conference, UM |
| 11/2012 | "Managing Chronic Pain – the Limited Role For Opioids" Hurley Medical Center Workshop, Flint, MI |
| 11/2012 | "Managing Chronic Pain in the Era of Prescription Drug Abuse" St. Joseph Mercy Hospital Grand Rounds, Ypsilanti, MI |
| 1/2013  | "Chronic Pain: Evidence, Clinical Pearls and Practical Tools for Managing Your Patients." A full day conference for health care providers, Midland, MI [programmer, organizer, conference speaker] |
| 1/2013  | "Managing Chronic Pain – a Limited Role For Opioids" Providence Hospital Grand Rounds; case management workshop, Southfield, MI |
| 2/2013  | "Anticipating and Managing Pain in the Era of Prescription Drug Abuse – Appropriate Use of Analgesics" UM Trauma Burn Conference |
| 3/2013  | "Managing Pain and Controlled Medications" UM Geriatrics |

|        |                                                                                                                                                                                                                                                                                                 |
|--------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|        | Workshop                                                                                                                                                                                                                                                                                        |
| 4/2013 | "Pain and Rational Analgesic Management in the Hospital Setting" Hurley, McLaren, Genesys Hospitals evening workshop, Flint, MI                                                                                                                                                                 |
| 9/2013 | "Chronic Pain: Evidence, Clinical Pearls And Practical Tools for Managing Your Patients." A full day conference for health care providers, Lewiston, MI  [programmer, organizer, chair and conference speaker]                                                                                  |
| 10/2013 | "Insidious Epidemic of Benzodiazepine Use and Abuse" A two part clinician workshop on anxiety and rational medication use. Michigan Academy of Family Physicians Fall Update, Ann Arbor, MI                                                                                                    |
| 10/2013 | "Issues in Substance Abuse and Substance Abuse Disorder: What the Practicing Clinician Needs to Know (workshop) – Neurobiology of Addiction and Physiology of Chronic Pain;  Rational Opioid and Sedative Prescribing;  Case Discussions;  Medical Marijuana – Review of Clinical Evidence. Troy, MI |
| 11/2013 | Visiting Professor, Grand Rounds, Case Conference "Managing Chronic Pain in the Era of Prescription Drug Abuse – What Have We Done?" St. Johns Hospital, Detroit, MI                                                                                                                            |
| 4/2015 | Ambulatory Pain and Controlled Medication Evaluation and Management Workshops. Saginaw VA                                                                                                                                                                                                       |
| 5/2015 | "Managing Chronic Pain in the Era of Prescription Drug Abuse. Full Day workshop. Alma, MI                                                                                                                                                                                                       |
| 6/2015 | "Chronic Pain Management Tools and Clinical Pearls" "Epidemiology  of Benzodiazepine Use and Abuse"  51st Annual Update on Common Clinical Concerns in Primary Care, Shanty Creek, Bellaire, MI                                                                                                 |
| 11/2015 | "Responsible Prescribing Practices in Pain Management" MidMichigan Health daylong continuing education symposium, Midland, MI                                                                                                                                                                   |
| 5/2016 | "An Opioid Epidemic – Reversing the Trend While Improving Patients' Pain, Function and Lives. Lost Lake Woods Resort, Lincloln, MI                                                                                                                                                              |
| 5/2016 | PMR Pain Management Workshop: "Finding Balance When Managing Chronic Pain to Maximize Function and Minimize Harm" Spectrum Blodgett Hospital, Grand Rapids, MI                                                                                                                                  |

| | |
|---|---|
| 9/2016 | "Finding Balance When Managing Chronic Pain to Maximize Function and Minimize Harm" Family Medical Ctr. of MI. Temperance, MI |
| 10/2016 | "Navigating Pain Management – Tools and Solutions For Physicians and Health Care Providers" full day workshop, Traverse City, MI |
| 6/2017 | Visiting Professor - Pain and Controlled Medication Management Workshop: Grand Rounds, hospital rounds, noon conference. St. John Hospital, Detroit, MI |
| 5/2018 | "Chronic Pain, the Opioid Epidemic, the CDC Guideline, New State Laws – Now What Do I Do? Alcona Health Center, Alpena, MI |
| 5/2018 | "Managing Pain in the Era of An Opioid Epidemic" All day workshop. McLaren Northern Michigan, Cheboygan, MI |
| 6/2018 | "Opioid Management Challenges" Detroit War Memorial/St. John Providence Ascension half day conference, Detroit, MI |
| 9/2018 | "Chronic Pain, the Opioid Epidemic, the CDC Guideline, New State Laws – Now What Do I Do? MidMichigan Gratiot Center half day conference. Alma, MI |
| 10/2018 | "Chronic Pain, the Opioid Epidemic, the CDC Guideline, New State Laws – Now What Do I Do? Plenary and breakout sessions at UM Fall Update in Family Medicine. Ann Arbor, MI |
| 10/2018 | "Continuing the Opioid Conversation: Tapering, Alternatives, Pharmacology and Overdoses" Thunder Bay Resort, Hillman, MI |
| 1/2019 | "The Insidious Epidemic of Benzodiazepine Use and Abuse" Providence Hospital Grand Rounds, Southfield, MI |
| 1/2019 | "Buprenorphine Prescribing in the Pain Patient" Webinar series |
| 2/2019 | "Pain and Opioid Management – Putting Words into Action" Authority Health evening workshop. Detroit, MI |
| 6/2019 | NW Michigan Health Dept. and Thunder Bay Pain Management Webinar |
| 6/2019 | UM Benzodiazepine Epidemic conference. UM, Ann Arbor |
| 10/2019 | "The Insidious Epidemic of Benzodiazepine Use and Abuse" Plenary and breakout sessions. UM Sports Medicine and Fall Update in Family Medicine. Ann Arbor, MI |

| | |
|---|---|
| 8/2020- present | Buprenorphine Management in Patients with Pain – Spring and Fall Webinars for the Michigan Opioid Collaborative |

<u>National</u>

| | |
|---|---|
| 10/1997 | "Intern Report: Teaching a Uniform Skills Set to PGY1's in Internal Medicine" (poster). Teaching Internal Medicine Conference, Chicago, IL |
| 9/1998 | "Resident Recruitment and Retention"<br>Pre-course Workshop, Association of Program Directors in Internal Medicine (APDIM), Chicago, IL |
| 3/2009 | "Acute Pain and Opioid Management in the Hospital Setting"<br>Medicine Grand Rounds, Methodist Hospital, Des Moines, IA |
| 3/2009 | "Managing Pain and Opioids in the Office – Practicing Universal Precautions"  Special Guest Presentation, Iowa Health System, Des Moines, IA |
| 5/2009 | Controlled Substance Prescription Management in the Resident Continuity Clinics – Establishing Policies and Procedures<br>Society of General Internal Medicine (SGIM) Pre-course, Miami, FL |
| 7/2009 | Internet Self-Study CME Activity:  Managing Chronic Non-Terminal Pain Including Prescribing Controlled Substances. Co-author. Audience: primary care clinicians and other health care providers who treat adults with this condition. (Available through the UM CME web site: cme.med.umich.edu) |
| 10/2010 | Visiting Professor. "Chronic Pain and Controlled Substance Management."  Grand Rounds and Case Conferences. Susquehanna Health System, Williamsport, PA |
| 11/2011 | Visiting Professor. "Acute Pain and Opioid Management in the Hospital Setting"  Grand Rounds and Case Conferences. Susquehanna Health System, Williamsport, PA |
| 3/2012 | Visiting Professor.  Iowa Required CME on Management of Pain and Opioids: in Both the Inpatient and Outpatient Settings. Grand Rounds and Case Conferences. Des Moines, IA |
| 8/2012 | "Managing Chronic Non-Terminal Pain: All Roads Don't Lead to Opioids"  South Carolina Opioid Safety Initiative Conference, Charleston, SC |

| | |
|---|---|
| 8/2012 | Opioid Safety, State Policy and Strategies for Success. South Carolina Opioid Safety Initiative Conference, Charleston, SC |
| 3/2014 | Managing Chronic Pain in the Elderly - Maximizing Function, Minimizing Harm" Geriatric Grand Rounds, Rush Medical School, Chicago, IL |
| 9/2014 | Pharmacist Controlled Medication Management training. Medical University of So. Carolina – via Skype |
| 3/2015 | Visiting Professor: Inpatient and Ambulatory Pain and Analgesic Evaluation and Management Faculty, Resident and Student Workshops. Lankeanau Medical Center, Philadelphia PA |
| 8/2016 | Visiting Professor: Ambulatory Pain assessment and Management Grand Rounds; consultant to the Opioid Reduction Task Force; Meeting with Nursing regarding inpatient pain management and Epic. Rush University, Chicago, IL |
| 10/2016 | "The Opioid Crisis: The Primary Care Perspective. Midwest Pain Society, Chicago IL |
| 4/2017 | "Frontline Pain Management" Full day workshop plus full day with health system leadership. Regional Health, Rapid City, SD |
| 4/2018 | "ACP Pop-Up Education" Detection and assessment of opioid overdose, and the use of naloxone. American College of Physicians Annual Meeting New Orleans, LA. |

## Bibliography

Peer-Reviewed Journals and Publications

1. Berland DW, Chu JS, Hosley MA, Jones LB, Kaliszewski JM, Lawler WC, Oakley B. New approaches to the problem of the trophic function of neurons. *Olfaction and Taste VI*, Paris, 1977.

2. Berland D. Internal medicine and pretraining for international medical graduates. Letter. *Annals of Internal Medicine* 1992; 118:397.

3. Bennett CL, Schwartz D, Lane D, Sipler A, Bhattacharya M, Kozloff M, Berland D, Pitrak D, Moswin A. Variations in inpatient care for HIV-related tuberculosis patients during a recent nosocomial outbreak of multidrug-resistant tuberculosis. Letter. *Journal of Acquired Immune Deficiency Syndromes* 1999; 21(4):348-49.

4. Berland D. Pain management in patients with advanced cancer. Letter. *Annals of Internal Medicine* 2000; 132:593.

5.  Montanez A, Berland D.  First steps in quality improvement: a pilot program for the management of acute sickle cell pain. *Journal of Clinical Outcomes Management* 2002; 9:19-26.

6.  Parada FP, Deloria-Knoll M, Chmiel JS, Arozullah AM, et al. Relationship between health insurance and medical care for patients hospitalized with human immunodeficiency virus-related *pneumocystis carinii* pneumonia, 1995-1997: Medicaid, bronchoscopy and survival. *Clinical Infectious Diseases* 2003; 37:1549-1555.

7.  Sureka, A, Parada JP, Deloria-Knoll M, Chmiel, JS, et. al. HIV-related pneumonia care in older patients hospitalized in the early HAART era. *AIDS Patient Care and STDs* 2004; 18:99-107.

8.  Khraisat, A, Shanaah, A, Aljaghbeer E, Berland D, Cannady, P.  Morning report emails: a unique model to improve the current format of an internal medicine training tradition. Letter. *Medical Teacher* 2007; 29(4):413.

9.  Brummet C, Berland D, et al. Dexmedetomidine as a novel therapeutic for post-operative pain in a patient treated with buprenorphine. *Journal of Opioid Management* 2009; 5:175-179.

10. Berland DW, Rodgers PE, Green CR, Harrison RV, Roth RS.  Managing Chronic Non-Terminal Pain Including Prescribing Controlled Substances.  Ann Arbor, MI:  Office of Clinical Affairs, University of Michigan Health System, 2009. Revised 2011. [Available from the Agency for Healthcare Research and Quality at www.guideline.gov]  [practice guideline].

11. Berland D, Rodgers P.  Rational use of opioids for management of chronic nonterminal pain. *Am Fam Physician* 2012; 86(3):252-258. [review article]

12. Rao K, Berland D, Young C, Walk ST, Newton DW.  The nose knows not: poor predictive value of stool sample odor for detection of clostridium difficile. *Clin Infect Dis* 2013; 56(4):615-16. [letter]

13. Berland DW, Malinoff HL, Weiner MA, Przybylski, R. When opioids fail in chronic pain management: the role for buprenorphine and hospitalization. *Amer J Ther* 2013; 20:316-21.

14. Wasserman RA, Hassett AL, Malinoff HL, Berland DW, et. al. Pressure pain sensitivity in patients with suspected opioid-induced hyperalgesia. *Reg Anesth Pain Med* 2015; 40:687-93.

15. Wasserman RA, Hasset AL, Goesling J, Malinoff, HL, Berland, DW, et. al. Pressure sensitivity and phenotypic changes in patients with suspected opioid-induced hyperalgesia being withdrawn from full mu agonists. *J Nat Sci* 3(2): e319, 2017.

16. Rihn JA, Radcliff K, Norvell DC, Eastlack R, Phillips FM, Berland D, Sherry N, Freedman M, Vaccaro AR. Comparative effectiveness of treatments for chronic low back pain, a multiple treatment comparison analysis. *Clin Spine Surg* 2017; 30:204-225.

17. Fenske JN, Berland DW, Chandran S, Harrison RV, Hilliard PE, Schneiderhan J. Pain Management [Internet]. Ann Arbor (MI): Michigan Medicine University of Michigan; 2021 January. Available from https://www.ncbi.nlm.nih.gov/books/NBK572296/. PubMed PMID: 34310088 and from UMHS at http://www.uofmhealth.org/provider/clinical-care-guidelines]

Book Chapter

1. Berland D, Haider N. Anticipating and Managing Perioperative Pain. Perioperative Medicine: Medical Consultation and Co-Management. 1st Ed.  Jaffer A, Grant, P. Wiley-Blackwell. August, 2012.

Abstract

1. Berland D, Malinoff H, Weiner M. Medical Management of Patients Withdrawn from High Dose Opioid Therapy for Chronic Pain.  Presented at: American Society of Addiction Medicine 43rd Annual Medical-Scientific Conference, Atlanta, GA, April, 2012.

Audio

1. Berland, D. Benzodiazepine use and abuse in anxiety disorders. Audio-Digest Family Practice 2015; vol. 63, issue 39  ISSN0271-1362.